# EXHIBIT A

*Grievance ID # LRF2019-08-0890-12F & Response (2 pages)*

MICHIGAN DEPARTMENT OF CORRECTIONS 4835-4248 5/09 CSJ-247B

# PRISONER/PAROLEE GRIEVANCE APPEAL FORM

RECEIVED JUL 10 2019

Date Received by Grievance Coordinator at Step II: 7-10-19

Grievance Identifier: | M | B | P | 1 | 9 | 0 | 6 | 0 | 0 | 8 | 4 | 3 | 0 | 1 | Z |

Deputy's Office Marquette Branch Prison

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE. The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED MDOC AUG 08 2019 Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: **THE MBP G.C. Office** By **7/10/19**. If it is not submitted by this date, it will be considered untimely.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| LOTT | 593524 | MBP | F-07 | 5/20/19 | 7/9/19 |

**STEP II** — Reason for Appeal Because I spoke with ARUS Thorringt and showed Him the paper work From the ER that Said My Blood test came Back clean and also my piss Test came Back clean. And the Doctor at the ER said my promble was caused By ~~my~~ the side effect From my Gredon

**STEP II** — Response

Date Received by Step II Respondent: 7-10-19

See Attached

RECEIVED JUL 17 2019 Warden's Office Marquette Branch Prison

Erica Huss, Warden

Respondent's Name (Print) | Respondent's Signature | Date 7/17/19

Date Returned to Grievant: 7-18-19

**STEP III** — Reason for Appeal I Was getting copys of my paper work from the ER So I was Not able to send them with my step 2 I'm sending that paper work to you also they still did Not cal Rc Thorrington who seen the paper work and could vouch for me that I was Not taken any other ~~med~~ Only my own

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

the N.O.I speaks about a guy Name Rowe Not m