# EXHIBIT B

*Step I Supplemental Form MBP19060084301Z*

# STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM

(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Lott | 593524 | F-7/MBP | 20-19-06-0843-01Z |

| | | | | | | |
|---|---|---|---|---|---|---|
| Prisoner Interviewed: | YES | ☐ | NO | ☒ | If "NO", Reason: | See Decision Summary for Reason |
| Extension Granted: | YES | ☐ | NO | ☒ | If "YES", Enter End Date: | Click or tap to enter a date. |

**COMPLAINT SUMMARY:**
The grievant is stating that he shouldn't be charged for his medical costs due to side effects of the medicine he has been taking.

**INVESTIGATION SUMMARY:**
While housed at MBP on 4/18/19 the above grievant engaged in self-injurious behaviors and was taken to the hospital. Per the hearing conducted on 5/28/19 PC Thorrington indicated that the prisoner was responsible for his behavior and the medical costs he incurred. Medical records was contacted and they confirmed that the prisoner was responsible for his behavior. Since his health care visit was due to a self-injury and the prisoner is deemed responsible mentally the funds were removed from his account.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
MDOC Policy PD 03.04.101

**DECISION SUMMARY:**
The prisoner is being charged for his hospital bills per the outcome of the hearing..

| | | | |
|---|---|---|---|
| RESPONDENT NAME: | J. Bolton | TITLE: | Accounting Tech |
| RESPONDENT SIGNATURE: | J Bolton | DATE: | 6/19/2019 |
| REVIEWER NAME: | R. McCarthy | TITLE: | Facility Business Manager |
| REVIEWER SIGNATURE: | R McCarthy | DATE: | 6/19/2019 |

Distribution: Original - Step I Grievance Coordinator Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)