# EXHIBIT C

*Step II Grievance Response – MBP19060084301Z*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

**Date Received by Grievance Coordinator** 7/10/19 **Grievance Identifier** MBP19060084301Z

| Name | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Lott | 593524 | MBP | F-07 | 5/20/19 | 7/9/19 |

## STEP II – Response:

A review of your Step II appeal has been completed. I have also reviewed your Step I grievance and the response. The grievant was responsible for his self-inflict per medical. No evidence was provided that indicates the grievant was not responsible for his actions.

Erica Huss, Warden
Respondent's Name

Eric Huss, Wa
Respondent's Signature

7/17/19
Date