The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

# EXHIBIT D

*Step III Grievance Appeal Response – MBP19060084301Z*

STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

109570

01Z

**STEP III GRIEVANCE DECISION**

F-07

**To Prisoner:** Lott **#:** 593524

**Current Facility:** MBP

**Grievance ID #:** MBP-19-06-0843-01Z

**Step III Received:** 8/8/2019

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

**THE STEP III APPEAL IS DENIED.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:** AUG 22 2019

Richard D. Russell, Manager Grievance Section, Office of Legal Affairs

cc: Warden, Filing Facility: MBP

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909