# EXHIBIT E

*Administrative Hearing Report*

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-144
REV. 12/01

# ADMINISTRATIVE HEARING REPORT

| Institution: | Prisoner's Name: | Number: | Date of Notice: |
|---|---|---|---|
| MBP | Lott | 593524 | 5/20/19 |

| Reporting Staff Member's Signature: | Block/Unit: | Cell/Room: |
|---|---|---|
| J. Bolton | F | -7 |

Purpose of Hearing:
Restitution for self-inflicted behavior.

REPORTING STAFF MEMBER'S STATEMENT:
While housed at MBP on 4/18/19 prisoner Rowe engaged in self-injurious behavior by swallowing pills. The prisoner was transferred to Marquette General Hospital Emergencey Room for treatment.

Restitution is being requested in the amount of: $2,460.84

PRISONER'S STATEMENT:
Prisoner Lott stated, "He didn't take any pills. The Doctor confirmed that I was having side effects from my medication."

HEARING OFFICER'S FINDINGS (INCLUDE REASONS FOR FINDINGS):
PD 03.04.101, paragraph I states, "A prisoner who intentionally injures himself/herself and receives emergency medical care for that injury shall be charged the full cost of the emergency and subsequent medical care provided as a result of the injury except if a qualified mental health professional determines the prisoner was mentally ill at the time of the self-injury, and either lacked substantial capacity to know right from wrong or was incapable of conforming his/her conduct to Department rules. The cost of medical care shall include ancillary services such as transportation and custody costs."

Medical Records office was contacted and confirmed that prisoner Lott was sent to Marquette General Hospital Emergencey Room for self-injurious behavior. The Medical Records office also confirmed that at no time did a Doctor confirm that prisoner Lott had any side effects from his medication.

Prisoner 593524 Lott shall pay the $2460.84 in restitution.

DISPOSITION OF ITEMS, IF ANY:

| TYPE OR PRINT NAME OF HEARING OFFICER: | Signature of Hearing Officer: |
|---|---|
| PC Thorrington | |
| | Date of Hearing: Tuesday, May 28, 2019 |

DISTRIBUTION: White - RO File; Canary - Central Office File; Pink – Prisoner; Goldenrod - Counselor File

MICHIGAN DEPARTMENT OF CORRECTIONS

# NOTICE OF INTENT TO CONDUCT AN ADMINISTRATIVE HEARING

CSJ-282
REV. 06/06
4835-3282

| Prisoner Number: | Prisoner Name: | Facility: | Lock: | Date: |
|---|---|---|---|---|
| 593524 | Lott, Ventron | MBP | F-07 | 5/20/19 |

| Reporting Staff Member Name (PRINT): | Title: | Reporting Staff Member Signature: |
|---|---|---|
| J. Bolton | Acct. Tech | J Bolton |

Nature of Hearing (Property disposition, restriction, etc):

Restitution for Self-Inflict Hospital Costs

Reason for Hearing (Describe events leading to this requested action. If property is involved, list all items and explain why taken):

While housed at MBP on 4/26/19 the prisoner engaged in self-injurious behavior by swallowing pills. The Prisoner was transferred to Marquette General Hospital Emergency Room for treatment.

Restitution is being requested in the amount of: $2,460.84

P.D.4.2.105

Proposed Disposition (Indicate what action you believe should be taken to address/resolve the above matter):

NOTE: Property dispositions are limited to the following:

- ☐ Photograph & return to prisoner it belongs to (except money/postage)
- ☐ Money/Postage - Turn over to PBF
- ☐ Store up to 30 calendar days for pick up________________
- ☐ Donate to charity as approved by the warden (property only)
- ☐ Mail at prisoner expense to person identified by prisoner
- ☐ Destroy (set forth reason below)

NOTE: Non-property dispositions:

- ☐ Telephone restriction ____ days begins ____ ends midnight ____
- ☐ Remove from following program: _________
- ☒ Remove $2,460.84 from prisoner's account (indicate reason below)
- ☐ Other (explain below)

Additional Information (cite relevant rule, policy directive, procedure or justification):

Policy 03.04.101, paragraph I Self-Inflicted injuries:

A prisoner who intentionally injuries him/herself and receives emergency medical care for that injury shall be charged the full cost of the emergency and subsequent medical care provided as a result of the injury except if a qualified mental health professional determines the prisoner was mentally ill at the time of the self-injury. The cost of the medical care shall include ancillary services such as transportation costs or custody costs.

☐ I understand and agree with the proposed disposition stated above and waive the right to a hearing. *(to be checked ONLY if prisoner agrees with proposed disposition and does NOT wish to have a hearing).*

OR

☒ I request a hearing. I have received a copy of this report. My signature does not necessarily mean that I agree with the report *(to be checked ONLY if prisoner wishes to have a hearing).*

| ☐ I waive the 24 hour notification of hearing requirements. | Prisoner's Signature: Ventron Lott | Date: 5/21/19 |
|---|---|---|

Copy personally handed to prisoner on this date by the following staff member:

| Staff Member Name (PRINT): | Title: | Staff Member Signature | Date: |
|---|---|---|---|
| Beaurin | C/O E-9 | [signature] | 5-21-19 |

Distribution: ☐ Record Office File ☐ Counselor File ☐ Prisoner