The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

# EXHIBIT F

*PLAINTIFFS Kites and request to Health Care*

...TIONS-Bureau of Health Care CHJ-549 11/05

...REQUEST

**PRISONER: COMPLETE SECTIONS A THROUGH D**

**A** NAME: Ventron Lott FACILITY: MBP

NUMBER: 593524 LOCK: F-1-7 DATE: 5/30-19

**B.** This Health Care Request is for the following (check one or more): ☑ Health Record Copies ☐ Non-urgent ☑ Urgent

☐ Dental ☐ Medication Refill ☐ Medical ☐ Optometry ☐ Mental Health

**C.** I have the following problems/symptoms: I went to the Marquette General Hospital and while I their, they took a Blood test and piss test to see if I had took any other meds to casese my Balance to Be off, I would like you all to call and get those reuslt. So I can prove That I did not take any pills to cause me to go to the Hospital From in between 4/18/19 to 4/30/19

**D** NOTICE TO PRISONER

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".

Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care.

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

Prisoner Signature: [signature] Date: 5/30/19

**PRISONER: DO NOT WRITE BELOW THIS LINE**

**E** **INSTRUCTIONS TO PRISONER**

The lab results were received from MGH. It has been noted that the Urinalysis was negative for drugs.

RECEIVED
JUN 01 2019
In Health...

~~An appointment has been scheduled for you on: Date:~~

Signature: [signature] Title: RN Provider #: 1 7510 Date: 6-1-19

**F** **COPAYMENT** (to be filled out by health care):

Note: If none of the exceptions listed below apply, check the box below and a copay will be charged.

Care that is:

- requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
- for injuries that are work-related as documented by the prisoner's work supervisor
- requested for testing for HIV, STD's, infestations, or reportable communicable diseases
- requested for evaluation, consultation, or treatment of a mental health need
- prompted by a medical emergency (see Section I of the policy, if self-inflicted)

☐ I have reviewed the visit of ____________ (Date) and certify none of these exceptions apply.

Signature: Title: Provider #: Date:

Distribution: White - Health Services, Canary - Prisoner, Pink - Business Office

Grivance # 20-19-06-0848

To: J. Bolton

I wrote a Griveance About an N.O.I I was given, and charget For going to the MGH PC thorrington Did the hearing and called Records Office and they Had it in their File that I Had went to MGH For self-injurioos Behavior I was charged $2460.00 I then sent For the paper work From the Hospital That showed the castse was From the side effect From my Geodin, I showed the paper work to PC thorrington and He said I should Not Have Been charget To write a grivance and put his Name In it stateing that he had seen the paper work and told me to write the Grivance So they would come talk to him and he can Veirfi that he had seen the paper work and they could Fix the charge I wrote the Grivance But You Never spoke to PC thorrington or me You Just went with what was said at the hearing can You pleas Speake with PC thorrington

RECEIVED
JUN 26 2019
MBP Accounting

Documentation was reviewed + no [illegible]

[illegible]