# EXHIBIT G

*Hospital Patient Emergency Room Report*

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 . (800) 562-9753

Patient: Lott, Ventron
MRN: 2223988
Pt Acct: 611629059
Arrival Time: 04/18/2019 0026

## Medications

| Home Medication | Dose | Freq | More Info | Last Dose |
|---|---|---|---|---|
| Geodon 60mg orally 2 times a day — 80mg 2times a bay | | | | |
| Venlafaxine Hydrochloride 75mg orally 3 times a day — 100mg-3times a Daly | | | | |
| Sleep Aid (Diphenhydramine) 150mg orally daily (at bedtime) | | | | |
| Zantac 150 1 pill orally 2 times a day as needed | | | | |
| Sudafed 120mg orally 2 times a day | | | | |
| Phenobarbital 50mg orally 3 times a day | | | | |
| Sudafed 120mg orally 2 times a day | | | | |

## Allergies

| Allergic Substance | Reaction | Severity |
|---|---|---|
| none | | |

## Clinical Decision Support

| Alert | Priority | Time Due | Time Done | Compliance | Comments |
|---|---|---|---|---|---|
| No Entries | | | | | |

Analgesics Given Time
Analgesics Given/Tak none

## Vital Signs

| Sys | Dia | HR (Ecg) | Resp | Temp (F) | Route | SAT | O2 Delivere | Pain Score | GCS | Comment | Taken at | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 157 | 81 | 86 | 18 | 98.3 | oral | 99% spot_check | RA | 0/10 | 15 | Initial Vitals | 0031 | Funderburk |
| 133 | 77 | 81 | 16 | | | 100% spot_check | RA | 0/10 | 15 | | 0104 | Funderburk |
| 121 | 77 | 85 | 16 | | | 87% continuous | RA | 0/10 | 15 | | 0159 | Funderburk |
| 136 | 89 | 81 | 16 | | | 98% continuous | RA | 0/10 | 15 | | 0249 | Funderburk |
| 1177 | 78 | 82 | 16 | | | 98% spot_check | RA | 0/10 | 15 | Discharge Vitals | 0528 | Funderburk |

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 . (800) 562-9753

Patient: Lott, Ventron
MRN: 2223988
Pt Acct: 611629059
Arrival Time: 04/18/2019 0026

Pt Weight(Kg): 97 kg
Wt Method:

Pt Height: 70 in
Height Method:

## Past Medical History

| Condition |
|---|
| Priapism<br>Seizure<br>Pneumothorax |

## Past Surgical History

| Procedure |
|---|
| none |

## Input & Output

| Fluid Type | Intake | Output | I/O Time |
|---|---|---|---|
| No Entries | | | |

| Trauma Level | Comments | Entered | User Name |
|---|---|---|---|
| No | | 04/18/2019 0038 | Funderburk, Virgil Rn |

## Family Hx

| Condition | Relative | Entered By |
|---|---|---|
| no significant_inheritable_diseases | | Funderburk, Virgil Rn |

## Social Hx

| Smoking Hx | Alcohol | Drug Usage | Lives With | Entered By |
|---|---|---|---|---|
| Former Smoker | no_alcohol | denies_drug_usage | prison guard | Funderburk, Virgil Rn |

## Restraint Log

| Hydration/ROM/CircuHygeine/EComfort | No Distress/Release AssDiginity/SafeAlter consideReady for ReLoosen 15m No Injury | Resp/Cardio Physical/SkinNotes | Staff Name | Time |
|---|---|---|---|---|
| No Entries | | | | |

ED CHART COPY

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 . (800) 562-9753

Patient: Lott, Ventron
MRN: 2223988
Pt Acct: 611629059
Arrival Time: 04/18/2019 0026

**PCP/EMS**

PCP: Prisoner, Md Group

PCP Phone:

**Orders**

Orders

| Order | Req D/T | In Prog D/T | Comp D/T | MD Sig |
|---|---|---|---|---|
| CT HEAD UNENHANCED (ROUTINE) NO_Portable_Monitor | 04/18/2019 0037 | 04/18/2019 0133 | 04/18/2019 0133 | Grant, David Md 4/18/2019 0037 |
| EKG | 04/18/2019 0037 | 04/18/2019 0044 | 04/18/2019 0107 | Grant, David Md 4/18/2019 0037 |
| CBC w/Diff | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0048 | Grant, David Md 4/18/2019 0037 |
| CMP | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0123 | Grant, David Md 4/18/2019 0037 |
| ETHANOL - LEVEL | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0123 | Grant, David Md 4/18/2019 0037 |
| PT / INR | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0110 | Grant, David Md 4/18/2019 0037 |
| PTT | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0110 | Grant, David Md 4/18/2019 0037 |
| IV SALINE LOCK | 04/18/2019 0037 | 04/18/2019 0044 | 04/18/2019 0047 | Grant, David Md 4/18/2019 0037 |
| ACCUCHECK | 04/18/2019 0037 | 04/18/2019 0044 | 04/18/2019 0047 | Grant, David Md 4/18/2019 0037 |
| ACETAMINOPHEN / TYLENOL - LEVEL | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0123 | Grant, David Md 4/18/2019 0037 |
| SALICYLATE / ASPIRIN - LEVEL | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0123 | Grant, David Md 4/18/2019 0037 |
| PHENOBARBITAL - LEVEL | 04/18/2019 0037 | 04/18/2019 0042 | 04/18/2019 0123 | Grant, David Md 4/18/2019 0037 |
| UA - (Culture if indicated, with Micro) | 04/18/2019 0037 | 04/18/2019 0213 | 04/18/2019 0222 | Grant, David Md 4/18/2019 0037 |
| DRUGS OF ABUSE URINE (DAU) | 04/18/2019 0038 | 04/18/2019 0213 | 04/18/2019 0647 | Grant, David Md 4/18/2019 0038 |
| PGLU | 04/18/2019 0046 | | 04/18/2019 0048 | Grant, David Md 4/18/2019 0137 |
| Complete hourly rounds | 04/18/2019 0129 | 04/18/2019 0135 | 04/18/2019 0135 | Grant, David Md 4/18/2019 0137 |
| AMBULATION TRIAL | 04/18/2019 0137 | 04/18/2019 0150 | 04/18/2019 0241 | Grant, David Md 4/18/2019 0137 |
| Complete hourly rounds | 04/18/2019 0238 | 04/18/2019 0241 | 04/18/2019 0241 | |
| Complete hourly rounds | 04/18/2019 0341 | 04/18/2019 0359 | 04/18/2019 0359 | |
| Complete hourly rounds | 04/18/2019 0501 | 04/18/2019 0528 | 04/18/2019 0528 | |

**Calls/Pages:**

**Prescription / Rx**

**Work/School Excuse**

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 . (800) 562-9753

Patient: Lott, Ventron
MRN: 2223988
Pt Acct: 611629059
Arrival Time: 04/18/2019 0026

ED CHART COPY

PRELIMINARY PHYSICIAN/PA RECORD

Grant, David Md Emergency Created: 04/18/2019 0028 Last Entry: 0046

PHYSICIAN H&P (Medical)

HPI: Slurred speech in prison, suspected overdose. Patient denies taking pills. Has history of seizures but does not recall seizure no trauma only some mild pain in the right groin. Denies alcohol. Arrived by prison guards. No convulsive behavior noted. I reviewed his last several visits for priapism as well as his medication list that includes phenobarbital and Geodon. No SI.

no prior hx of similar problem.

ROS: no fever, (-)chills, (-)LOC, (-)headache, (-)visual changes, (-)sore throat, no cough, (-)SOB, (-)chest pain, (-)nausea, (-)vomiting, (-)myalgias, (-)rash, (-)dysuria, (-)bleeding

Old records reviewed: prior records reviewed

Past Medical History See Past Medical History Table

Past Surgical History See Past Surgical History Table

Family History: - See Family History Table

Social History: - See Social History Table

PHYSICAL EXAM:

VITAL SIGNS: vital signs reviewed, see vital signs table.

GENERAL APPEARANCE: no odor of alcohol, well nourished, alert, cooperative, no obvious discomfort.

MENTAL STATUS: speech slurred, oriented, flat affect, responds appropriately to questions.

NEURO: motor intact, No facial asymmetry

EYES: PERR, EOMI, conjunctiva clear.

NOSE: no nasal discharge.

MOUTH: (-)decreased moisture.

THROAT: no tonsilar inflammation, no airway obstruction.

NECK: supple, no neck tenderness, (-)thyromegaly.

BACK: no back tenderness.

CHEST WALL: no chest tenderness.

HEART: normal rate, normal rhythm, normal S1, normal S2, (-)S3, (-)S4, no murmur, no rub.

LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral.

ABDOMEN: soft, no abd tenderness, (-)guarding, (-)rebound, no organomegaly, no abd masses.

EXTREMITIES: good pulse, no swelling\tenderness in the extremities, no edema.

SKIN: warm, dry, good color, no rash.

Grant, David Md Emergency Created: 04/18/2019 0044 Last Entry: 0046

MD Note: He has a nonfocal neuro exam, he acts more intoxicated or postictal than stroke. Will screen his head for completeness in case there was some trauma. Metabolic workup tox workup and observe

Grant, David Md Emergency Created: 04/18/2019 0050 Last Entry: 0050

Results Reviewed:

CBC w/Diff

PGLU

Grant, David Md Emergency Created: 04/18/2019 0107 Last Entry: 0107

Results Reviewed: by me

EKG - Normal sinus rhythm normal axis normal intervals normal ST segments

Grant, David Md Emergency Created: 04/18/2019 0112 Last Entry: 0112

Results Reviewed:

PTT

PT / INR

MD Note: Sleeping with his eyes open, he appears intoxicated. Likely an [redacted] Side eff of Geodon

Grant, David Md Emergency Created: 04/18/2019 0135 Last Entry: 0136

ED CHART COPY

Results Reviewed: good
CMP
ETHANOL - LEVEL
ACETAMINOPHEN / TYLENOL - LEVEL
SALICYLATE / ASPIRIN - LEVEL
PHENOBARBITAL - LEVEL

Grant, David Md Emergency Created: 04/18/2019 0222 Last Entry: 0222
Results Reviewed: normal
UA - (Culture if indicated, with Micro)

Grant, David Md Emergency Created: 04/18/2019 0242 Last Entry: 0242
MD Note: Unsteady gait failed ambulation trial will observe further

Grant, David Md Emergency Created: 04/18/2019 0417 Last Entry: 0418
MD Note: More alert, able to arise from the bed, a little unsteady, will observe further

Grant, David Md Emergency Created: 04/18/2019 0514 Last Entry: 0514
MD Note: I got him out of bed he was strong he could stand but he had some ataxia. Definitely improved. talked to the guards they said he could be in a bed and not required to walk today. I am discharging him

Grant, David Md Emergency Created: 04/18/2019 0609 Last Entry: 0609
Results Reviewed:
DRUGS OF ABUSE URINE (DAU)

## Dx/Instr

| Diagnoses | |
|---|---|
| Diagnosis | ICD |
| Altered mental status, unspecified | R41.82 |
| Ataxia, unspecified | R27.0 |

| Aftercare Instructions |
|---|
| Name |
| No Entries |

Sgntr MD: Grant, David Md 4/18/2019 0609

Sgntr MLP:

This Record Is An Incomplete Physician/PA Record

Belc, Anna Emergency Created: 04/17/2019 2353 Last Entry: 2353
Nurse Note: pt took some medication. rn noticed nystagmus, unclear speech. dob 7/8/86 lott, ventron

Funderburk, Virgil Rn Emergency Created: 04/18/2019 0024 Last Entry: 0042
**ADULT INTAKE**

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 . (800) 562-9753

Patient: Lott, Ventron
MRN: 2223988
Pt Acct: 611629059
Arrival Time: 04/18/2019 0026

HPI: PT PRESENTS WITH SLURRE SPEECH, NO FACIAL DROOP, EQUAL STRENGH BILATERALLY, DENIES OVERDOSE ON MEDS

Past Medical History See Past Medical History Table
Past Surgical History See Past Surgical History Table
Family History: - See Family History Table
Social History: - See Social History Table

**CODE STATUS:**
Full Code

**SUICIDE RISK SCREEN:**
1. Have you been feeling depressed in the last couple of weeks? no
2. Are you feeling hopeless to the extent that you would want to end your life? no
3. Have you attempted suicide or had a plan to attempt within the last 12 months? no

Suicide Risk Screening Answer: No Suicide Risk

**FALLS RISK ASSESSMENT:**
Fall Age: 0 less than 60
Fall History: 5 One fall prior in last 6 months
Fall Medications: (Include: PCA/Opiates, anti-convulsants, anti-hypertensives, diuretics, hypnotics, laxatives, sedatives, psychotropics) 3 On 1 High Fall Risk Drug
Fall Patient Care Equipment: Any Equipment That Tethers patient ( e.g. IV Infusion, Chest Tube, Indwellng Catheters, SCD's etc.) 0 None
Fall Mobility: 0 None
Fall Cognition: 0 Alert and Aware, 0 Alert and Aware
Total/Result: Fall Risk Implemented - Total Score: 5

Low Fall Risk(1-5 points)
(+) Implement Fall Risk, Low care plan
(+) Safe environment is maintained: Remove excess from hallways. Assure adequuate lighting. Keep floors clutter free. Coil and secure excess electrical wires when possible. Clean spills immediately
(+) Provide basic safety interventions: Orient patient to surroundings. reorient confused patient. Place call light & frequently used items within reach. Answer call lights promply. Raise 2 bed side rails.
(+) Provide patient education: Instruct patient on use of bed, call light, fall risk assessment and interventions, risk of injury, and when & how to call for assistance.
(+) Hourly Rounds: Ensure to complete hourly rounds on all shifts. Assess for pai/comfort, toileting needs, repositioning, food/fluid, hygiene, and inform patient when you will return.

**TRIAGE DATA:**
Prehospital report received from EMS: NO
Last Tetanus:
LMP:

**PHYSICAL EXAM:**
GENERAL APPEARANCE: well nourished, alert, no acute distress, no obvious discomfort

**PREHOSPITAL CARE:** None

Funderburk, Virgil Rn    Emergency    Created: 04/18/2019 0040    Last Entry: 0044

Nurse Note:
Assumed the care of the patient on arrival.
Call bell within reach
Plan of care discussed with patient. The patient verbalized understanding.
Nursing Plan of Care Patient Problem (Pain/anxiety) - Goal: Reduction of Pain / Anxiety.
Nursing Plan of Care Patient Problem (Knowledge deficit) - Goal: Increased Patient Knowledge Through Education.
Patient's coRRECTION OFFICERS at bedside.

NEURO:
HEAD: no swelling\tenderness on the head.
EYES: PERRL.
THROAT: no airway obstruction.
NECK: (-)JVD.
LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral.
ABDOMEN: normal BS, soft, no abd tenderness, (-)guarding, (-)rebound, no organomegaly, no abd masses.
EXTREMITIES: good pulses in all extremities, no swelling\tenderness in the extremities, no edema.
SKIN: warm, dry, good color, no rash.
NEURO: motor intact, sensory intact. C/O SLURRED SPEECH
MENTAL STATUS: speech clear, oriented X 3, normal affect, responds appropriately to questions.
GENERAL APPEARANCE: alert, oriented X 3, no acute distress, no obvious discomfort.
SALINE-LOCK INSERTED - 04/18/2019 0042 20ga left antecubital following 1 attempt(s). 3mL normal saline flush.
Specimen was obtained from IV site. Specimen was sent to lab. Patient tolerated procedure well.

| Funderburk, Virgil Rn | Emergency | Created: 04/18/2019 0047 | Last Entry: 0047 |
|---|---|---|---|

Nursing Orders:
- CBC w/Diff
- CMP
- ETHANOL - LEVEL
- PT / INR
- PTT
- ACETAMINOPHEN / TYLENOL - LEVEL
- SALICYLATE / ASPIRIN - LEVEL
- PHENOBARBITAL - LEVEL
- IV SALINE LOCK
- ACCUCHECK

Order Notes:
ACCUCHECK - 04/18/2019 0047. 109 mg/dl.
For results >400 notify MD for BMP required.

| Funderburk, Virgil Rn | Emergency | Created: 04/18/2019 0051 | Last Entry: 0057 |
|---|---|---|---|

Nurse Note:
CARDIAC MONITOR W/ PULSE OX - 04/18/2019 0051. rate x, normal tracing applied with pulse oximetry 99%.
EKG Done - - 04/18/2019 0052. EKG completed by staff nurse and was given for interpretation to Viau, David Md at 04/18/2019 0057.

| Funderburk, Virgil Rn | Emergency | Created: 04/18/2019 0057 | Last Entry: 0057 |
|---|---|---|---|

Nursing Orders:
- EKG

| Funderburk, Virgil Rn | Emergency | Created: 04/18/2019 0122 | Last Entry: 0122 |
|---|---|---|---|

Nursing Orders:
- CT HEAD UNENHANCED (ROUTINE) NO Portable Monitor

Order Notes:
Patient transported 04/18/2019 0122, no RN accompanying, to cat scan via stretcher escorted by transporter.

| Funderburk, Virgil Rn | Emergency | Created: 04/18/2019 0135 | Last Entry: 0135 |
|---|---|---|---|

Nursing Orders:
- Complete hourly rounds, Rounding: Completed hourly rounds at 04/18/2019 0135, Rounding Assessment: Patient offered toileting__positioning__personal items__and pain control__safety check completed

Order Notes:
Patient returned from cat scan with RN accompanying via stretcher escorted by transporter. Patient not monitored during transport

| Johnson Jeremy D | Emergency | Created: 04/18/2019 0210 | Last Entry: 0210 |
|---|---|---|---|

Nurse Note:
Urine specimen obtained with urine yellow and crystal clear. Specimen was sent to lab. -

| Funderburk, Virgil Rn | Emergency | Created: 04/18/2019 0214 | Last Entry: 0214 |
|---|---|---|---|

Nursing Orders:

- UA - (Culture if indicated, with Micro)
- DRUGS OF ABUSE URINE (DAU)

Belc, Anna Emergency Created: 04/17/2019 2350 Last Entry: 2351

Nurse Note: pt took some medication. rn noticed nystagmus, unclear speech. dob 7/8/86 lott, ventron

Funderburk, Virgil Rn Emergency Created: 04/18/2019 0241 Last Entry: 0242

Nursing Orders:
- AMBULATION TRIAL
- Complete hourly rounds, Rounding: Completed hourly rounds at 04/18/2019 0241, Rounding Assessment: Patient offered toileting__positioning__personal items__and pain control__safety check completed

Order Notes:
AMBULATION TRIAL: Patient unable to ambualate. gave 2 steps" falling backwards"

Funderburk, Virgil Rn Emergency Created: 04/18/2019 0359 Last Entry: 0359

Nursing Orders:
- Complete hourly rounds, Rounding: Completed hourly rounds at 04/18/2019 0359, Rounding Assessment: Patient offered toileting__positioning__personal items__and pain control__safety check completed

Funderburk, Virgil Rn Emergency Created: 04/18/2019 0528 Last Entry: 0528

Nursing Orders:
- Complete hourly rounds, Rounding: Completed hourly rounds at 04/18/2019 0528, Rounding Assessment: Patient offered toileting__positioning__personal items__and pain control__safety check completed

Order Notes:
SALINE-LOCK REMOVED - 04/18/2019 0527 Catheter intact. (-)edema, (-)erythema at site. Bleeding controlled with direct pressure. Dressing applied.

Funderburk, Virgil Rn Emergency Created: 04/18/2019 0532 Last Entry: 0533

Nurse Note:
DISCHARGE without Prescription(s) - Plan of care was discussed with patient. Patient was discharged with printed instructions. patient verbalized understanding and ability to comply. patient instructed on importance of keeping an updated home medication list and the importance of communicating any changes to primary physician.

- Functional assessment:
Patient illness\injury doesn't have impact upon mobility, bathing, dressing, feeding\swallowing, toileting, grooming,\hygiene, communication abilities. Additional Actions Initiated: None.
- Additional Teaching Required: None
- Medical Driving Restrictions: none.

Sgntr RN: Funderburk, Virgil Rn 4/18/2019 0533

This Record Is An Incomplete Nursing Record

Grant, David C Emergency, PGLU Created: 04/18/2019 0048 Last Entry: 0048

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0046 ; 611629059-00 ; 19108925921

- - - - - - PGLU - - - - - -

| | | | | |
|---|---|---|---|---|
| Glucose-POC | 109 | High | mg/dL | 74-106 |

Grant, David Md Emergency, CBCD Created: 04/18/2019 0048 Last Entry: 0048

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-03 ; 19108925905

- - - - - - CBCD - - - - - -

| | | | | |
|---|---|---|---|---|
| WBC | 6.8 | Norm | X(10)3/UL | 4.4-11.0 |
| RBC | 4.51 | Norm | X(10)6/UL | 4.30-5.60 |
| HGB | 13.5 | Norm | g/dL | 12.7-17.0 |
| HCT | 40.3 | Norm | % | 38.0-50.0 |

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 . (800) 562-9753

Patient: Lott, Ventron
MRN: 2223988
Pt Acct: 611629059
Arrival Time: 04/18/2019 0026

| | | | | |
|---|---|---|---|---|
| MCV | 89.2 | Norm | fL | 84.0-95.0 |
| MCH | 29.9 | Norm | pg | 28.0-32.0 |
| MCHC | 33.5 | Norm | g/dL | 32.0-35.5 |
| RDW | 13.6 | Norm | % | 11.5-15.0 |
| PLT | 201 | Norm | X(10)3/UL | 175-400 |
| MPV | 7.9 | Norm | fL | 6.7-9.7 |
| Absolute Neutrophil Count | 3.93 | Norm | X(10)3/UL | 1.80-7.50 |
| %Neutrophils | 58.3 | Norm | % | 40.0-75.0 |
| %Lymphocytes | 30.5 | Norm | % | 15.0-45.0 |
| %Monocytes | 7.1 | Norm | % | 5.0-9.0 |
| %Eosinophils | 3.8 | Norm | % | 0.4-8.0 |
| %Basophils | 0.3 | Norm | % | 0.0-2.0 |

Grant, David Md   Emergency, PTT   Created: 04/18/2019 0110   Last Entry: 0110

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-07 ; 19108925912

------ PTT ------

| | | | | |
|---|---|---|---|---|
| PTT | 19.1 | Low | Seconds | 22.0-27.0 |

Grant, David Md   Emergency, PT   Created: 04/18/2019 0110   Last Entry: 0110

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-06 ; 19108925911

------ PT ------

| | | | | |
|---|---|---|---|---|
| Protime | 10.3 | Norm | Seconds | 9.5-10.9 |
| INR | 1.0 | Norm | | 0.9-1.1 |

Grant, David Md   Emergency, PHENO   Created: 04/18/2019 0123   Last Entry: 0123

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-12 ; 19108925915

------ PHENO ------

| | | | | |
|---|---|---|---|---|
| Phenobarbital | 34 | Norm | ug/mL | 15-40 |

Grant, David Md   Emergency, CMP   Created: 04/18/2019 0123   Last Entry: 0123

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-04 ; 19108925906

------ CMP ------

| | | | | |
|---|---|---|---|---|
| Sodium | 137 | Norm | mmol/L | 137-145 |
| Potassium | 5.0 | Norm | mmol/L | 3.5-5.1 |
| Chloride | 102 | Norm | mmol/L | 98-107 |
| Total CO2 | 29 | Norm | mmol/L | 22-30 |
| Anion Gap | 6 | Low | | 7-16 |
| Glucose | 89 | Norm | mg/dL | 74-106 |
| Bun | 16 | Norm | mg/dL | 9-20 |
| Creatinine | 1.20 | Norm | mg/dL | 0.66-1.25 |
| Bun/Creatinine Ratio | 13.33 | Norm | | 12.00-20.00 |
| Calcium | 9.7 | Norm | mg/dL | 8.4-10.2 |
| Protein Total Serum | 8.2 | Norm | g/dL | 6.3-8.2 |
| Albumin | 4.9 | Norm | g/dL | 3.5-5.0 |
| Total Bilirubin | 0.6 | Norm | mg/dL | 0.2-1.3 |
| ALT(SGPT) | 39 | Norm | U/L | 0-49 |
| New reference range effective 8/29/2018. | | | | |
| AST (SGOT) | 35 | Norm | U/L | 17-59 |
| Alkaline Phosphatase | 60 | Norm | U/L | 38-126 |
| EGFR African American | >60 | | ml/min | |

Values >60 mL/min may be associated with Normal Kidney Function or Stage 1 or 2 chronic kidney disease in the proper clinical setting.

| | | | | |
|---|---|---|---|---|
| EGFR Non African American | >60 | | ml/min | |

Values >60 mL/min may be associated with Normal Kidney Function or Stage 1 or 2 chronic kidney disease in the proper clinical setting.

Grant, David Md   Emergency, ALC   Created: 04/18/2019 0123   Last Entry: 0123

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-05 ; 19108925907

------ ALC ------

| | | | | |
|---|---|---|---|---|
| Ethanol Serum | <10 | | mg/dL | |

Ethanol results that are greater than 100 mg/dL are considered consistent with clinical intoxication.

Grant, David Md Emergency, SAL Created: 04/18/2019 0123 Last Entry: 0123

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-11 ; 19108925914

------ SAL ------

| | | | | |
|---|---|---|---|---|
| Salicylate | <1 | Low | mg/dL | 2-20 |

Grant, David Md Emergency, ACT Created: 04/18/2019 0123 Last Entry: 0123

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0040 ; 611629059-10 ; 19108925913

------ ACT ------

| | | | | |
|---|---|---|---|---|
| Acetaminophen | <10 | Low | mcg/mL | 10-30 |

Grant, David Md Emergency, UACSI Created: 04/18/2019 0222 Last Entry: 0222

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0205 ; 611629059-13 ; 19108925916

------ UACSI ------

| | | | | |
|---|---|---|---|---|
| Color | Yellow | Norm | | Light Yellow,Yellow |
| Character | Clear | Norm | | Clear,Slight Cloudy |
| Specific Gravity | 1.013 | Norm | | 1.001-1.035 |
| pH | 6.0 | Norm | | 5.0-8.0 |
| Protein | Negative | Norm | | Negative,Trace |
| Glucose, Urine | Negative | Norm | | Negative |
| Ketone | Negative | Norm | | Negative |
| Bilirubin | Negative | Norm | | Negative |
| Blood | Negative | Norm | | Negative |
| Urobilinogen | Negative | Norm | mg/dL | Negative |
| Leukocytes | Negative | Norm | | Negative |
| Nitrite | Negative | Norm | | Negative |

This test has low sensitivity, and a negative result should not be interpreted as excluding infection. A positive result in a fresh specimen is a good but not perfect indication of UTI.

| | | | | |
|---|---|---|---|---|
| WBC Urine | <1 | Norm | /HPF | 0-5 |
| RBC Urine | 0 | Norm | /HPF | 0-2 |
| Bacteria | 1+ | Norm | /HPF | None,1+,2+ |
| Squamous Epithelial Cells | NONE | | /HPF | |
| Culture and Sensitivity | Not Indicated | Norm | | Not Indicated |

Grant, David Md Emergency, DAU Created: 04/18/2019 0647 Last Entry: 0647

Patient: LOTT, VENTRON ; Date/Time: 04/18/2019 0205 ; 611629059-14 ; 19108925920

------ DAU ------

| | | | |
|---|---|---|---|
| Amphetamine | Negative | Norm | Negative |

Values greater than or equal to those listed below are reported as Positive.

Amphetamines: 500 ng/mL
Barbiturates: 200 ng/mL
Benzodiazepines: 200 ng/mL
Cocaine metabolites: 300 ng/mL
Opiates: 300 ng/mL
Cannabinoids: 50 ng/mL

This report includes unconfirmed screening results. Results are to be used only for medical purposes. Unconfirmed screening results must not be used for non-medical purposes (e.g., employment testing, legal testing). For confirmation, please contact the laboratory.

| | | | |
|---|---|---|---|
| Barbiturates | Positive | Abn | Negative |

| | | | |
|---|---|---|---|
| Benzodiazepines | Negative | Norm | Negative |
| Cocaine Metabolites | Negative | Norm | Negative |
| Opiates | Negative | Norm | Negative |
| Cannabinoids | Negative | Norm | Negative |

Grant, David Md   Emergency   Created: 04/18/2019 0204   Last Entry: 0204

Radiology: IMPRESSION:

1. Remote right lamina papyracea fracture. Otherwise, normal noncontrast brain CT examination.

This exam was performed according to our departmental dose-optimization program, which includes automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.

Electronically signed by: Robert Stears MD

CT HEAD UNENHANCED (ROUTINE) NO Portable Monitor

Micro Results:

IMPORTANT: HOW TO USE THIS INFORMATION: This is a summary and does NOT have all possible information about this product. This information does not assure that this product is safe, effective, or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your health care professional. Always ask your health care professional for complete information about this product and your specific health needs.

ZIPRASIDONE - ORAL
(zi-PRAS-i-done)

COMMON BRAND NAME(S): Geodon

WARNING: There may be a slightly increased risk of serious, possibly fatal side effects (such as stroke, heart failure, fast/irregular heartbeat, pneumonia) when this medication is used by older adults with dementia. This medication is not approved for the treatment of dementia-related behavior problems. Discuss the risks and benefits of this medication, as well as other effective and possibly safer treatments for dementia-related behavior problems, with the doctor.
If you are using ziprasidone in combination with other medication to treat depression, also carefully read the drug information for the other medication.

USES: This medication is used to treat certain mental/mood disorders (schizophrenia, bipolar disorder). This medication can decrease hallucinations and help you to think more clearly and positively about yourself, feel less agitated, and take a more active part in everyday life.
Ziprasidone belongs to a class of drugs called atypical antipsychotics. It works by helping to restore the balance of certain natural substances in the brain.

OTHER USES: This section contains uses of this drug that are not listed in the approved professional labeling for the drug but that may be prescribed by your health care professional. Use this drug for a condition that is listed in this section only if it has been so prescribed by your health care professional.
This drug has also been used in combination with other medication to treat depression.

HOW TO USE: Read the Patient Information Leaflet if available from your pharmacist before you start taking ziprasidone and each time you get a refill. If you have any questions, ask your doctor or pharmacist.
Take this medication by mouth with food as directed by your doctor, usually twice daily.

The dosage is based on your medical condition and response to treatment. To reduce your risk of side effects, your doctor may direct you to start this medication at a low dose and gradually increase your dose. Follow your doctor's instructions carefully. Take this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. It is important to continue taking this medication even if you feel well. Do not stop taking this medication without consulting your doctor.

Tell your doctor if your condition persists or worsens.

SIDE EFFECTS: Drowsiness, dizziness, lightheadedness, weakness, nausea, vomiting, runny nose, and cough may occur. If any of these effects persist or worsen, tell your doctor promptly.

To reduce the risk of dizziness and lightheadedness, get up slowly when rising from a sitting or lying position.

Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.

Tell your doctor right away if you have any serious side effects, including: difficulty swallowing, muscle spasms, shaking (tremor), mental/mood changes (such as restlessness), signs of infection (such as fever, persistent sore throat), vision changes.

This drug may infrequently make your blood sugar level rise, which can cause or worsen diabetes. Tell your doctor immediately if you develop symptoms of high blood sugar, such as increased thirst and urination. If you already have diabetes, be sure to check your blood sugars regularly. Your doctor may need to adjust your diabetes medication, exercise program, or diet.

This drug may also rarely cause significant weight gain and a rise in your blood cholesterol (or triglyceride) levels. These effects, along with diabetes, may increase your risk for developing heart disease. Discuss the risks and benefits of treatment with your doctor.

This drug may rarely cause a condition known as tardive dyskinesia. In some cases, this condition may be permanent. Tell your doctor immediately if you develop any unusual/uncontrolled movements (especially of the face, mouth, tongue, arms, or legs).

This medication may increase a certain natural substance (prolactin) made by your body. For females, this increase in prolactin may result in unwanted breast milk, missed/stopped periods, or difficulty becoming pregnant. For males, it may result in decreased sexual ability, inability to produce sperm, or enlarged breasts. If you develop any of these symptoms, tell your doctor immediately.

Get medical help right away if you have any very serious side effects, including: severe dizziness, fainting, seizures.

This medication may rarely cause a very serious condition called neuroleptic malignant syndrome (NMS). Get medical help

right away if you have any of the following symptoms: fever, muscle stiffness/pain/tenderness/weakness, severe tiredness, severe confusion, sweating, fast/irregular heartbeat, dark urine, change in the amount of urine.
Rarely, males may have a painful or prolonged erection lasting 4 or more hours. If this occurs, stop using this drug and get medical help right away, or permanent problems could occur.
A very serious allergic reaction to this drug is rare.
However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.
This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.
In the US -
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.
In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

PRECAUTIONS: Before taking ziprasidone, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details.
Before using this medication, tell your doctor or pharmacist your medical history, especially of: dementia, seizures, low white blood cell count, difficulty swallowing, heart disease (such as coronary artery disease, irregular heartbeat), diabetes (including family history), obesity.
Ziprasidone may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can infrequently result in serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that need medical attention right away.
The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may cause QT prolongation. Before using ziprasidone, tell your doctor or pharmacist of all the drugs you take and if you have any of the following conditions: certain heart problems (heart failure, recent heart attack, slow heartbeat, QT prolongation in the EKG), family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death).
Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such as severe sweating, diarrhea, or vomiting. Talk to your doctor about using ziprasidone safely.
This drug may make you dizzy or drowsy. Do not drive, use

machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Avoid alcoholic beverages.

Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products).

This medication may make you sweat less, making you more likely to get heat stroke. Avoid doing things that may cause you to overheat, such as hard work or exercise in hot weather, or using hot tubs. When the weather is hot, drink a lot of fluids and dress lightly. If you overheat, quickly look for a place to cool down and rest. Get medical help right away if you have a fever that does not go away, mental/mood changes, headache, or dizziness.

Older adults may be more sensitive to the side effects of this drug, especially dizziness, uncontrolled movements, and QT prolongation (see above).

During pregnancy, this medication should be used only when clearly needed. Discuss the risks and benefits with your doctor. Do not stop taking this medication unless directed by your doctor. Babies born to mothers who have used this drug during the last 3 months of pregnancy may infrequently develop symptoms including muscle stiffness or shakiness, drowsiness, feeding/breathing difficulties, or constant crying. If you notice any of these symptoms in your newborn anytime during their first month, tell the doctor right away.

It is unknown if this drug passes into breast milk. Because of the possible risk to the infant, breast-feeding while using this drug is not recommended. Consult your doctor before breast-feeding.

DRUG INTERACTIONS: Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval.

A product that may interact with this drug is: metoclopramide.

Many drugs besides ziprasidone may affect the heart rhythm (QT prolongation), including amiodarone, dofetilide, moxifloxacin, pimozide, procainamide, quinidine, sotalol, tacrolimus, thioridazine, among others.

Tell your doctor or pharmacist if you are taking other products that cause drowsiness including alcohol, antihistamines (such as cetirizine, diphenhydramine), drugs for sleep or anxiety (such as alprazolam, diazepam, zolpidem), muscle relaxants, and narcotic pain relievers (such as codeine).

Check the labels on all your medicines (such as allergy or cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask your pharmacist about using those

products safely.

OVERDOSE: If overdose is suspected, contact a poison control center or emergency room immediately. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: severe drowsiness, unusual/uncontrolled movements.

NOTES: Do not share this medication with others.
Laboratory and/or medical tests (such as blood mineral levels, blood sugar, EKG) should be performed periodically to monitor your progress or check for side effects. Consult your doctor for more details.

MISSED DOSE: If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

STORAGE: Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets.
Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

Information last revised August 2014.
Copyright(c) 2014 First Databank, Inc.

MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF
HEALTH CARE SERVICES

# PATIENT PLAN

## VENTRON LOTT

03/22/2016 9:23 AM
Visit Type: Med Management - Complex

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

**Assessment/ Plan**
**Bipolar DO Mixed w/Psychotic Features** (296.64)
**Polysubstance Dependence** (304.80)
**Post-traumatic Stress Disorder** (309.81)
**Paranoid Personality Disorder** (301.0)

**Medications**

| Brand Name | Dose | Sig Description | Comments |
|---|---|---|---|
| Geodon | 60 Mg | take one by mouth two times per day | |
| Remeron | 45 Mg | take one by mouth at bedtime - dose increased 2/2/16 | |
| Dilantin | 100 Mg | 2 po BID RML | |
| Trihexyphenidyl Hcl | 2 Mg | take one by mouth two times per day MUR auth obtained till 08/04/16 | |
| Sudafed | 30 Mg | 2 po BID (ACMO approved for 1 year) | |
| Sudafed | 30 Mg | 1-2 po ASAP after erection begins (in addition nto regular BID dose) ACMO approved | |
| Prazosin Hcl | .5 Mg | 5mg at bedtime - dose increased hold if BP >90/60 x 5d checks | |
| Lexapro | 20 Mg | 20mg at bedtime - replaces Celexa | |

Sincerely,

Aleksandra Wilanowski MD PhD