UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

VENTRON LOTT,

              Plaintiff,              Case No. 2:20-cv-44

v.                            Honorable Paul L. Maloney

ERICA HUSS et al.,

              Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for

failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   May 12, 2020                 /s/ Paul L. Maloney       
                                          Paul L. Maloney
                                          United States District Judge